Entered: June 26, 2020
Signed:  June 26, 2020

**SO ORDERED**



_____
**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:  19–26559 – TJC     Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Barbara A Delilly
*debtor has no known aliases*
18713 Martins Landing Dr
Germantown, MD 20874–2553

Social Security No.:   xxx–xx–5550

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 12/13/19.

The estate of the above−named debtor has been fully administered.

ORDERED, that Steven H Greenfeld is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *dsmith*